# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JORDAN CHISHOLM, | |
| Plaintiff, | |
| - v - | Civil Action No.: 1:24-cv-01924-SAG |
| OHANA GROWTH PARTNERS, LLC, D/B/A PLANET FITNESS, | |
| Defendant. | |

## ORDER

Upon consideration of the motion to dismiss the complaint filed by Ohana Growth Partners, LLC d/b/a Planet Fitness ("Ohana"); the opposition thereto filed by Jordan Chisholm; Ohana's reply brief; and the entire record, it is this _____ day of _____, 2024;

**ORDERED** that Ohana's motion to dismiss is **GRANTED;** and it is further

**ORDERED** that the complaint is dismissed.

_____
Hon. Stephanie Gallagher

cc:   Counsel of Record (via CM/ECF)