UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JORDAN CHISHOLM,

    Plaintiff,

v.

    Civil Action No.: 1:24-cv-01924-SAG

OHANA GROWTH PARTNERS, LLC
D/B/A PLANET FITNESS

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Ikechukwu Emejuru, and respectfully states as follows:

Citing irreconcilable differences, Plaintiff's counsel requests to withdraw his appearance from this matter. Pursuant to Local Rule 101.2(a), a certificate to this motion is attached. (Ex. 1, Local Rule 101.2(a) Certificate).

July 30, 2024

        By: */s/Ikechukwu Emejuru*
            Ikechukwu Emejuru
            **Emejuru Law L.L.C.**
            8403 Colesville Road
            Suite 1100
            Silver Spring, MD 20910
            Telephone: (240) 638-2786
            Facsimile: (240) 559-2894
            iemejuru@emejurulaw.com